# Court of Appeals
# of the State of Georgia

ATLANTA,   November 18, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0559.  JAMES WALLEN SNUGGS, SR. v. LOUISE WALLEN SNUGGS et al.**

On September 4, 2015, the trial court granted defendant John Mason Snuggs, Sr.'s motion to revive a 2003 judgment against co-defendant Louise Wallen Snuggs on John Snuggs's cross-claim for contribution and indemnification in this civil action. John Snuggs filed a motion for reconsideration, which the trial court denied on April 19, 2016. On May 19, 2016, James Wallen Snuggs, Sr, as the personal representative of the estate of Louise Snuggs, filed a notice of appeal of the trial court's April 19 order.[1] We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of such a motion is not directly appealable. See *State v. White*, 282 Ga. 859, 860 (1) (655 SE2d 575) (2008); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000). Here, James Snuggs filed his notice of appeal 258 days after entry of the trial court's order reviving the judgment. The notice of appeal is untimely as to the trial court's order reviving the

---

[1] James Snuggs originally filed his appeal in the Georgia Supreme Court, which transferred the matter to this Court. See Case No. S17A0189 (decided October 3, 2016).

judgment and invalid as to the order denying the motion for reconsideration.

This appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___11/18/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*